# ALABAMA COURT OF CRIMINAL APPEALS



January 31, 2025

**CR-2023-0932**

Desmond Lavonta Brown v. State of Alabama (Appeal from Cherokee Circuit Court: CC-21-900080)

## NOTICE

You are hereby notified that on January 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk